This document was prepared by
Jeffrey A. Ward, Esq. Bar #20702
Waynesboro, VA 22980

To be returned to:
Franklin, Denney, Ward & Dryer, PLC
129 N. Wayne Avenue
P.O. Drawer 1140
Waynesboro, VA 22980
As Agent for Grantee/_____

## HOMESTEAD DEED

Pin No. _____

**Name of Householder**:   Bryan Scott Smith
     Brandy Renee Smith

**Is the householder a disabled veteran entitled to claim the additional exemption under 34-4?** No.

**Address of Householder:**   300 14th Street
     Waynesboro, VA 22980

**Name(s) and age(s) of dependent(s)**:   Son 16; Son 14

**County/City in which householder resides:**   City of Waynesboro

**Description of real and personal property claimed as exempt and its value:**

| | |
|---|---:|
| 300 14th Street, Waynesboro, VA 22980 | 6,890.00 |
| Bank Accounts | 100.00 |
| Cash on Hand | 10.00 |
| Prorated Tax Refunds | 1,000.00 |
| Garnished Wages | 3,000.00 |
| TOTAL CLAIMED | $ 11,000.00 |

_____
Bryan Scott Smith

_____
Brandy Renee Smith

STATE OF VIRGINIA, AT LARGE;
CITY OF WAYNESBORO TO-WIT:

   I, the undersigned, Notary Public in and for the State of Virginia, At Large, do certify that Bryan Scott Smith and Brandy Renee Smith, on the __11th__ day of March, 2015, has acknowledged the same before me.

_____
NOTARY PUBLIC

KATHLEEN B. SMITH
REGISTRATION NO. 237251
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 1/31/19